IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAUM KAPLAN, | Civil Action No. 2:15-cv-00831-LPL |
| Plaintiff, | |
| vs. | |
| AMERICAN SPECIALTY ALLOYS, INC., and ROGER D. BOGGS, Individually | **ELECTRONICALLY FILED** |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, by and through his undersigned counsel, moves this Court to withdraw and dismiss the Complaint filed in this this matter with prejudice pursuant to F.R.C.P. 41.

Dated:    July 9, 2015                     Respectfully submitted,

By:  /S Julian Neiser

Julian Neiser, Esq.
Cook & Associates
9380 McKnight Road
106 Arcadia Court
Pittsburgh, PA 15237
PA ID #87306

jneiser@pittlawyers.com
412-366-8980